# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Osvaldo R., | Case No. 26-CV-0298 (KMM/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Kristi Noem, Secretary, U.S. Department of Homeland Security, Department of Homeland Security, in her official capacity; Pamela Bondi, Attorney General of the United States, Department of Justice, in her official capacity; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement, Immigration and Customs Enforcement, in his official capacity; and Peter Berg, Field Office Director of Enforcement and Removal Operations, St. Paul Field Office, Immigration and Customs Enforcement, in his official capacity, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to Petitioner Osvaldo R.'s petition for a writ of habeas corpus by no later than January 17, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

1

      b.     A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

      c.     Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.     Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Belsai D.S. v. Bondi*, No. 25-cv-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025).

3.     If Petitioner intends to file a reply to Respondents' answer, he must do so by no later than January 19, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 15, 2026                  *s/ Dulce J. Foster*
                                              Dulce J. Foster
                                              United States Magistrate Judge