# UNITED STATES DISTRICT COURT
## District of Minnesota

Osvaldo Jose Rivas-Sierra,

Petitioner,

v.

Kristi Noem, Pamela Bondi,
Todd M. Lyons, Peter Berg,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-298 (KMM/DJF)

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to immediately release Petitioner. Such release shall be on the same terms and conditions that governed Osvaldo R.-S. through the original release order. If Osvaldo R.-S. was transferred out of the District of Minnesota, Respondents must immediately return him to the District for release.

4. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 1/19/2026

KATE M. FOGARTY, CLERK